# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONYAE DEWAYNE HALEY, | ) | Case No. SACV 11-1773-ODW (JEM) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 17, 2012

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE